# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN THE MATTER OF: JENNIFER FERNANDEZ  MOTION FOR EXTENSION PURSUANT TO RULE 311 | : No. 106 WM 2020<br>:<br>: |

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of December, 2020, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED, IN PART.  The motion is deficient, in that it fails to offer any argument consistent with the standard applicable to Rule 311 extensions.  *See* Pa.B.A.R. 311(g) (specifying that the 30-month term of a temporary Rule 311 admission may be extended only upon a showing of good cause).  Notwithstanding the motion's deficiencies, Petitioner is GRANTED a limited extension of her Rule 311 licensure to ensure the continuity of services provided by the University of Pennsylvania Law School's Civil Practice Clinic, Petitioner's employer.  In order to afford Petitioner time to seek full admission to the Pennsylvania bar, her temporary admission is extended until October 31, 2021.